## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

FORMULA SPORTS CARS, INC; BILL
HOLT CHEVROLET OF BLUE RIDGE,
INC., individually and on behalf of all
similarly situated,

      Plaintiffs,

      v.

CDK GLOBAL, LLC,

      Defendant.

Case No. 1:24-cv-08120

Hon. Jeffrey I. Cummings

## STIPULATION AND JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

Plaintiffs Formula Sports Cars, Inc. and Bill Holt Chevrolet of Blue Ridge, Inc. ("plaintiffs") and Defendant CDK Global, LLC ("CDK") (collectively, the "parties"), stipulate and jointly move the Court to stay this action pending arbitration of plaintiffs' claims. In support, the parties agree to, and state as follows:

1.      On June 30, 2024, Formula Sports Cars, Inc., Prestige Motor Car Imports, LLC, Bill Holt Chevrolet of Canton, Inc., Bill Holt Chevrolet of Blue Ridge, Inc., Annie Ortiz, Alexis Janet Pino, and all others similarly situated filed a complaint against CDK in the Southern District of Florida. (ECF No. 1.)

2.      On August 26, 2024, the parties filed a Joint Motion to Transfer Venue to the Northern District of Illinois. (ECF No. 23.) That motion was granted. (ECF No. 24)

3.      On September 6, 2024, this case was received from the Southern District of Florida and assigned to this Court. (ECF No. 25.)

4.      On October 25, 2024, the parties jointly moved to drop plaintiffs Annie Ortiz and Alexis Janet Pino from this action pursuant to Rule 21, sequence motion to compel and dismiss briefing, set a briefing schedule for CDK's motion to compel arbitration, and extend page limits for the briefing on CDK's motion to compel arbitration. (ECF No. 33.)  That motion was granted.  (ECF No. 35.)

5.      On October 30, 2024, plaintiffs moved to drop plaintiffs Prestige Motor Car Imports, LLC and Bill Holt Chevrolet of Canton, Inc. from this action pursuant to Rule 21. (ECF No. 36.)  That motion was granted.  (ECF No. 43.)

6.      On October 30, 2024, CDK filed a motion to compel the two remaining dealership plaintiffs to arbitrate their claims and to dismiss proceedings.  (ECF Nos. 38, 39.) Plaintiffs did not respond on the ordered deadline, November 20, 2024.  CDK filed a reply in support of it motion on December 11, 2024.  (ECF No. 46.)

7.      On December 16, 2024, pursuant to the Court's December 3, 2024 Order, the parties conferred on and filed a Joint Status Report for Reassigned Case.  (ECF Nos. 45, 48.)  On the same day, December 16, 2024, plaintiffs filed an amended complaint.  (ECF No. 47.)

8.      On December 30, 2024, to promote the just, speedy, and inexpensive determination of this action, CDK renewed its motion to compel arbitration and dismiss proceedings as to the amended complaint.  (ECF Nos. 53, 53.)  At that time, plaintiffs confirmed that they intended to file a response to CDK's renewed motion to compel arbitration.

9.      Plaintiffs and CDK again met and conferred on CDK's renewed motion to compel arbitration on January 20, 2025.  Plaintiffs agree that the respective Master Service Agreements between plaintiffs and CDK contain enforceable arbitration agreements, and during this meet and confer, plaintiffs agreed to withdraw their objection to arbitration. Plaintiffs and CDK also

agreed that the Court should stay proceedings pending an arbitration decision or some other resolution.

10.     Plaintiffs and CDK further agree to submit a joint status report to the Court within twenty-one (21) days of any arbitration decision.

11.     WHEREFORE, the parties jointly request that the Court stay this action pending an arbitration decision. *See* 9 U.S.C. § 3 ("If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referrable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration.") (emphasis added); *see also Smith v. Spizzirri*, 601 U.S. 472, 478 (2024) ("When a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels the court to stay the proceeding.") (emphasis added).

Dated: January 21, 2025

/s/ *Janpaul Portal*
Janpaul Portal, Fla. Bar No. 0567264
John H. Ruiz, Fla. Bar No. 928150
Marcus A. Davide, Fla Bar No. 1025997
Frank Carlos Quesada, Fla. Bar No. 29411
**MSP RECOVERY LAW FIRM**
The Miami Green Building
3150 Southwest 38th Avenue, 11th Floor
Miami, Florida 33146
Tel: (305) 614-2222
jportal@msprecoverylawfirm.com
jruiz@msprecoverylawfirm.com
mdavide@msprecoverylawfirm.com
fquesada@msprecovery.com

Respectfully submitted,

/s/ *Devin S. Anderson*
Devin S. Anderson (*pro hac vice*)
Haley L. Darling (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3245
Fax: (202) 389-5200
devin.anderson@kirkland.com
haley.darling@kirkland.com

Martin L. Roth, P.C. (IL Bar No. 6296464)
KIRKLAND & ELLIS LLP

Jose Alfredo De Armas, Fla. Bar No. 360708
Eduardo E. Bertran, Fla. Bar No. 94078
Francesco A. Zincone, III, Fla. Bar No. 100096
**ARMAS BERTRAN PIERI**
4960 SW 72nd Avenue, Suite 206
Miami, Florida 33155
Tel: (305) 661-2021
alfred@armaslaw.com
ebertran@armaslaw.com
fzincone@armaslaw.com

Gonzalo Ramon Dorta, Fla. Bar No. 650269
**DORTA LAW**
334 Minorca Avenue
Coral Gables, Florida 33134
Tel: (305) 441-2299
grd@dortalaw.com

*Counsel for Plaintiffs and the Proposed Class*

333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-7170
Fax: (312) 862-2200
martin.roth@kirkland.com

*Counsel for Defendant CDK Global, LLC*

4

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on January 21, 2025, a true and correct copy of the foregoing

**STIPULATION AND JOINT MOTION TO STAY PROCEEDINGS PENDING**

**ARBITRATION** was electronically filed with the Court via the CM/ECF system which sent

notification of such filing to all Counsel of Record.

Dated: January 21, 2025

/s/ *Devin S. Anderson*

Devin S. Anderson